# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| **STEVIE BURNEY** | **CIVIL ACTION NO. 23-cv-1779** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **MADISON PARISH HOSPITAL SERVICE DISTRICT ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

# J U D G M E N T

For the reasons assigned in the Superseding Report and Recommendation of the Magistrate Judge [Doc. No. 29] previously filed herein, having done a *de* novo review of the record, including the Objection filed by Plaintiff Stevie Burney [Doc. No. 32], and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss [Doc. No. 8] filed by Defendants Madison Parish Hospital Service District d/b/a Madison Parish Hospital, Dr. Donald Perry, individually, and in his official capacity, and Felicia Williams, individually, and in her official capacity (collectively "Defendants"), is **GRANTED IN PART** and **DENIED IN PART.** To the extent Defendants seeks dismissal of Burney's breach of contract claim, the motion is **GRANTED.**

**IT IS FURTHER ORDERED** that to the extent Defendants request this Court to decline to exercise supplemental jurisdiction over remaining state law claims, the Motion is **DENIED**.

**MONROE, LOUISIANA** this the 31st day of October 2024.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE