# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **STEVIE BURNEY** | **CIV. ACTION NO. 3:23-01779** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **MADISON PARISH HOSPITAL SERVICE DISTRICT, ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## AMENDED JUDGMENT

On October 31, 2024, this Court issued a Judgment [Doc. No. 33], which adopted the Report and Recommendation [Doc. No. 29] of the Magistrate Judge. However, it has come to the Court's attention that there was an error in the Judgment. Accordingly, **IT IS ORDERED** that the Judgment is **VACATED**, and the Court must now reconsider the Report and Recommendation. It has done so. Therefore,

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections [Doc. No. 32] thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendants Madison Parish Hospital Service District, Dr. Donald Perry, and Felicia Williams' Motion to Dismiss [Doc. No. 8] is hereby **GRANTED IN PART** and **DENIED IN PART** in accordance with the Report and Recommendation.

MONROE, LOUISIANA, this 12th day of November 2024.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE